UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>NTHONY</small> K<small>APPOUTA</small>,                                    Case No.  12-15569

    Plaintiff,                                      H<small>ONORABLE</small> A<small>RTHUR</small> J. T<small>ARNOW</small>
                                                        S<small>ENIOR</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>
v.

C<small>OMENITY</small> C<small>APITAL</small> B<small>ANK</small>,

    Defendant.
_____/

## JUDGMENT

All issues having been resolved by the court's order of March 29th, 2013 granting Defendant's Motion to Dismiss, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 29th day of March 2013.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT


                                   BY:    s/Michael E. Lang
                                              Deputy Clerk


Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE